UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BILLY W. HICKMAN                                                                    PLAINTIFF

vs.                                                          CASE NO. 5:09CV82-DCB-JMR

INTERNATIONAL PAPER COMPANY, ET AL.                              DEFENDANTS

AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS ACTION is before the Court on the joint *ore tenus* motion of the parties that this action be fully and finally dismissed, with prejudice, and the Court, being advised that the parties have now concluded their settlement of this matter, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that this action be and hereby is fully and finally dismissed, with prejudice.

SO ORDERED AND ADJUDGED, this the 21st day of April 2010.

                                                s/David Bramlette
                                                UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

/s/William M. Quin II
Attorney for Plaintiff

/s/Lewis W. Bell
Attorney for Defendant